IN RE:  CASE NO. 07-53451-S

STAVROULA S. CHRISTOU  CHAPTER 7

    Debtor  REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

FILED 2010 MAR 11 PM 3:57
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

    Harold A. Corzin, Trustee herein, reports that check #10111 in the amount of $4.25 was issued on March 9, 2010 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                Amt. of Dividend

Claim #2    AMERICAN DENTAL CENTERS    $   4.25
              2000 BRITTAIN ROAD
              91 CHAPEL HILL MALL
              AKRON, OHIO 44310

TOTAL:                                            $   4.25

                                                        HAROLD A. CORZIN, TRUSTEE
                                                        304 N. Cleveland-Massillon Rd.
                                                        Akron, Ohio 44333
                                                        (330) 670-0770

March 9, 2010

*ck # 10111*
*receipt # 81332*