IN RE:                                      CASE NO. 07-53451-S

STAVROULA STEPHANIE CHRISTOU       CHAPTER 7

     Debtor                        REPORT OF DIVIDEND
                                          <u>UNDER FIVE DOLLARS</u>

FILED 2010 JUN 18 AM 9:49 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that check #10117 in the amount of $4.74 was issued on May 28, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                                      Amt. of Dividend

Claim #1         TARGET NATIONAL BANK              $    1.77 +
                C O WEINSTEIN AND RILEY, PS
                2001 WESTERN AVENUE, STE 400
                SEATTLE, WA 98121

Claim #2         AMERICAN DENTAL CENTERS            $    .27 +
                2000 BRITTAIN ROAD
                91 CHAPEL HILL MALL
                AKRON, OHIO 44310

Claim #10        DOMINION EAST OHIO                 $    2.70
                P.O. BOX 26785
                RICHMOND, VA 23261

TOTAL:                                                      $    4.74

ck # 10117
receipt # 81553

                                               HAROLD A. CORZIN, TRUSTEE
                                               304 N. Cleveland-Massillon Rd.
                                               Akron, Ohio 44333
                                               (330) 670-0770

June 9, 2010